Name, Address and Telephone Number of Attorney(s):

CLEAR FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, Plaintiff(s) v. Regina B. Johnson, Defendant(s). | CASE NUMBER 2:15-cv-08003-BRO-JEM |
| | **MEDIATION REPORT** |

***Instructions*: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.**

1. ☑ A mediation was held on (date): August 24, 2016 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).

   ☐ Did not appear as required by Civil L.R. 16-15.5(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.

   ☐ Defendant or defendant's representative failed to appear.

   ☐ Other:

3. Did the case settle?

   ☑ Yes, fully, on 8/24/2016 (date).

   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*

   ☐ Yes, partially, and further facilitated discussions are **not** expected.

   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*

   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

   ______________.

Dated: August 24, 2016

Signature of Mediator

Gail Killefer

Name of Mediator (print)

The Mediator is to electronically file original document.